# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00051-CV

**In re David Charles Trammell**

### ORIGINAL PROCEEDING FROM TAYLOR COUNTY

## M E M O R A N D U M   O P I N I O N

Relator David Charles Trammell, an inmate, has filed a pro se petition for writ of mandamus relating to his prior applications for writ of habeas corpus and complaining of the actions taken by the Texas Court of Criminal Appeals in response to those applications.[1] *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012). However, this Court is without jurisdiction to grant Trammell relief here. *See id.*; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); *In re McAfee*, 53 S.W.3d 715, 717-18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Accordingly, we dismiss Trammell's petition, and his pending motion relating to that petition, for want of jurisdiction.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed: February 21, 2013

---

[1] *See Ex parte Trammell*, WR-73,225-04 (Tex. Crim. App. Jan. 23, 2013) (motion for leave to file denied without order); WR-73,225-03 (Tex. Crim. App. Mar. 7, 2012) (dismissed); WR-73,225-02 (Tex. Crim. App. Mar. 7, 2012) (habeas corpus relief denied without written order); WR-73,225-01 (Tex. Crim. App. Jan. 13, 2010) (habeas corpus relief denied without written order).